✎JS 45 (5/97) - (Revised USAO MA 3/25/2011)

# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston  **Category No.** II  **Investigating Agency** Federal Bureau of Investigation

**City** _____

**County** _____

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. 25-3286-JDH
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number 25-mj-3265-JDH through 25-mj-3269-JDH
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☒ No

## Defendant Information:

**Defendant Name:** Logan David Patterson   Juvenile: ☐ Yes  ☒ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☒ No

**Alias Name:** _____

**Address:** _____

**Birth date (Yr only):** 2007   **SSN (last 4#):** 9239   **Sex:** M   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** David Holcomb   **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes  ☒ No   List language and/or dialect: _____

**Victims:** ☒ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☒ No

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:** _____

**Arrest Date:** _____

☒ Already in Federal Custody as of 11/4/2025 in Boston.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/4/2025   **Signature of AUSA:** */s/ David M. Holcomb*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | conspiracy to damage, by means of fire or an explosive, a building owned or possessed by, or leased to, an institution or organization receiving Federal financial assistance, and used in interstate commerce or in any activity affecting interstate commerce | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**