**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Erin O'Brien, state:

***INTRODUCTION AND AGENT BACKGROUND***

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since October 2019. I am currently assigned to the FBI Boston Joint Terrorism Task Force ("JTTF"). I am responsible for conducting national security and other criminal investigations. I have extensive training and experience related to national security investigations, as well as matters involving domestic and international terrorism. During my time assigned to the FBI Boston Division, I have investigated and participated in investigations of public corruption, civil rights violations, violent crimes against children, and domestic terrorism violations.

2. I submit this affidavit in support of an application for a criminal complaint charging Logan David Patterson ("PATTERSON") and Dominick Frank Cardoza ("CARDOZA") with conspiracy to damage, by means of fire or an explosive, the Goldenson Building at Harvard Medical School ("HMS") in Boston, Massachusetts, a building owned or possessed by, or leased to, an institution or organization receiving Federal financial assistance (*see* Title 18, United States Code, Section 844(f)(1)), and used in interstate commerce or in any activity affecting interstate commerce (*see* Title 18, United States Code, Section 844(i)), in violation of Title 18, United States Code, Section 371.

3. The facts described in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other law enforcement personnel and witnesses. This affidavit is intended only to show that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.

## *PROBABLE CAUSE*

4.      HMS is the medical school of Harvard University ("Harvard"). Its main campus is in the Longwood Medical Area in Boston.

5.      HMS's Goldenson Building, at 220 Longwood Avenue, houses various neuroscience-related facilities and research spaces, including laboratories focused on brain research, classrooms, and lecture halls. Based on these various uses, as well as publicly available information about HMS's receipt of federal funding for research activities, there is probable cause to believe that the Goldenson Building is owned by an institution receiving federal financial assistance and used in interstate commerce or in activity affecting interstate commerce.

6.      At approximately 2:23 a.m. on November 1, 2025, surveillance cameras located at Huntington Avenue and Longwood Avenue captured two unknown males walking toward the HMS campus. The first individual ("Subject 1") wore a blue/gray balaclava; a distinctive brown sweatshirt; tan sweatpants; and white Crocs (footwear). The second individual ("Subject 2") wore a blue mask; a dark hooded jacket; dark plaid pajama pants, and black sneakers. Surveillance video shows the two suspects lighting what appear to be roman candle fireworks at approximately 2:24 a.m.

7.      Surveillance video from cameras near the Goldenson Building show that, at approximately 2:33 a.m., Subject 1 and Subject 2 climbed over a chain-link fence and entered a construction area surrounding the building.

8.      According to surveillance video, at approximately 2:36 a.m., the two suspects climbed scaffolding erected beside the Goldenson Building and accessed the building's roof.

9. At approximately 2:45 a.m., Harvard police received an alert of a fire alarm from an explosion on the fourth floor of the Goldenson Building, which houses a research laboratory within HMS's Department of Neurobiology.

10. Security video shows that, between 2:45 and 2:50 a.m., the suspects visited the fifth floor before exiting the building through a first-floor emergency exit leading into a courtyard. Once outside the building, the two unknown suspects fled on foot in opposite directions.

11. Upon arriving to the scene, Harvard police and investigators determined that an explosive detonated within a wooden locker in the fourth-floor research laboratory. Although analysis of the explosive is ongoing, an FBI Bomb Technician has inspected the explosive and believes it to be a pyrotechnic device (specifically, a large, commercial firework).[1]

12. At approximately 2:57 a.m., a surveillance camera maintained near the intersection of Autumn Street and Longwood Avenue (to the northwest of HMS) captured Subject 2 sitting down on a bench, removing the dark plaid pajama pants, placing the pants in a garbage bin, and walking away.

13. Security footage from surveillance cameras at Wentworth Institute of Technology ("Wentworth") (to the east of HMS) captured Subject 1 on Wentworth's campus beginning at

---

[1] For the purposes of 18 U.S.C. §§ 844(f)(1) and (i), "the term 'explosive' means gunpowders, powders used for blasting, all forms of high explosives, blasting materials, fuzes (other than electric circuit breakers), detonators, and other detonating agents, smokeless powders, other explosive or incendiary devices within the meaning of paragraph (5) of section 232 of this title, and *any chemical compounds, mechanical mixture, or device that contains any oxidizing and combustible units*, or other ingredients, in such proportions, quantities, or packing that ignition by fire, by friction, by concussion, by percussion, or by detonation of the compound, mixture, or device or any part thereof may cause an explosion." 18 U.S.C. § 844(j) (emphasis added). Based on the FBI Bomb Technician's review, a pyrotechnic of the kind that detonated in the research laboratory typically uses powder, such as flash powder, that consists of an oxidizer and a metallic fuel, and is therefore a "device that contains any oxidizing and combustible units" under the statutory definition of "explosive."

approximately 3:09 a.m. The footage shows Subject 1 intermittently running between buildings; attempting to enter a residential campus building before being let in by a passerby; and charging his phone near an attendant's desk within that building. Beginning at approximately 3:23 a.m., the video shows Subject 1 talking on his cell phone.

14. Surveillance video shows that, at approximately 3:40 a.m., Subject 1 exited the building, met up with Subject 2 and a third individual. The three individuals unsuccessfully attempted to enter an adjoining residential campus building. At approximately 3:49 a.m., Subject 1, Subject 2, and the third individual walked toward the Massachusetts College of Art and Design ("MassArt") campus.

15. Thereafter, security footage from surveillance cameras at MassArt show Subject 1, Subject 2, and the third individual walking southwest along Huntington Avenue beginning at approximately 3:49 a.m. In the video, Subject 1 is wearing the white Crocs but has removed the brown sweatshirt and is seen stuffing the tan sweatpants (also removed) into his shorts, while Subject 2 continues to wear the dark hooded jacket and black sneakers but wearing only shorts or boxer shorts. It appears from these videos, therefore, that Subject 1 and Subject 2 were attempting to conceal or dispose of articles of clothing that they wore while entering the Goldenson Building and detonating the explosive.

16. Later in the day on November 1, 2025, following news coverage of the explosion at HMS, Wentworth police interviewed at least four Wentworth students and visitors who came forward to identify the individuals involved in the explosion. These witnesses identified Subject 1 as PATTERSON and Subject 2 as PATTERSON's friend, "Dominick" (CARDOZA).

17. Witness 1—a Wentworth student—stated that PATTERSON and Dominick came to Wentworth around 8:00 p.m. on October 31 for Halloween social activities. Witness 1 stated

that he and a group of others that included PATTERSON and Dominick went to Cambridge for the evening, but that Witness 1 returned to the Wentworth campus around midnight while PATTERSON and Dominick stayed out. Witness 1 told Wentworth police that, the next morning, PATTERSON told him about PATTERSON's involvement in the explosion at HMS but did not provide additional detail. Witness 1 stated that PATTERSON and "Dominick" then left the Wentworth campus around 3:00 p.m. on November 1 to attend a party at the UMass Amherst campus.

18. Witness 2 (also a Wentworth student) stated that he met PATTERSON and Dominick through Witness 1. Witness 2 stated that PATTERSON and Dominick told Witness 1 that they had placed a cherry bomb in a locker and shut the locker door before the cherry bomb exploded. Witness 2 stated that PATTERSON and Dominick had returned to the Wentworth dorms later in the morning on November 1, 2025.

19. Witness 3, another Wentworth student, stated that he also met PATTERSON and Dominick on October 31 through Witness 1. Witness 3 stated that a group went to Massachusetts Institute of Technology to find a party and that PATTERSON and Dominick split off from the group to go to Tufts University. Witness 3 stated that, the next morning, PATTERSON and Dominick showed Witness 3 a video of the explosion at HMS. Witness 3 stated that the explosion was just a firework and that PATTERSON and Dominick gained access to the Goldenson Building via the roof. Witness 3 stated that he overheard PATTERSON and Dominick say that they chose a building that looked abandoned. Witness 3 also stated that PATTERSON and Dominick left the Wentworth campus around 3:00 p.m. on November 1.

20. On November 2, 2025, Harvard police contacted Witness 1 by phone and asked Witness 1 to identify the individuals involved in the HMS explosion. Witness 1 stated that the

individuals were PATTERSON and Dominick CARDOZA and that PATTERSON and CARDOZA had stated to Witness 1 that they were responsible for the explosion.

21.     Massachusetts Registry of Motor Vehicles (RMV) records identify PATTERSON as an 18-year-old male who lives in Plymouth, Massachusetts.

22.     Massachusetts RMV records identify CARDOZA as a 20-year-old male who lives in Bourne, Massachusetts.

23.     Open-source research indicates that PATTERSON and CARDOZA each maintain an Instagram account. The profile photograph currently used for both of these accounts is the same photograph of PATTERSON and CARDOZA with three other young males.

24.     I have reviewed surveillance footage from Wentworth and MassArt depicting PATTERSON and CARDOZA unmasked at times prior to and following the explosion at the Goldenson Building. The images of PATTERSON and CARDOZA in these videos match the photographs of PATTERSON and CARDOZA maintained by the Massachusetts RMV. Moreover, the security video from Wentworth and MassArt show PATTERSON and CARDOZA wearing some of the same articles of clothing that Subject 1 and Subject 2 are seen wearing in the security footage from the Goldenson Building around the time of the explosion.

## CONCLUSION

25.     Based on the information described above, I submit there is probable cause to believe LOGAN DAVID PATTERSON and DOMINICK FRANK CARDOZA committed a violation of 18 U.S.C. § 371.

Sworn to under the pains and penalties of perjury,

*Edna O'Brien (by JDH)*
Erin O'Brien
Special Agent
Federal Bureau of Investigation

Sworn to before me via telephone on November 4, 2025

_____
HON. JESSICA D. HEDGES
United States Magistrate Judge